# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-8331 |
| v. ) | |
| ) | Judge Franklin U. Valderrama |
| CASINO QUEEN, INC., ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant CASINO QUEEN, INC., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, each party to bear its own costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*  
R. Joseph Kramer  
KRAMER INJURY LAW LLC  
225 W. Washington Street, Ste. 2200  
Chicago, IL 60606  
Phone: (312) 775-1012  
joe@rjklawyer.com  

*Attorney for Plaintiff Muhammad*

s/ *Joseph J. Lynett*  
Joseph J. Lynett  
Jessica E. Quarless  
JACKSON LEWIS, P.C.  
150 N. Michigan Ave., Suite 2500  
Chicago, IL 60601  
Phone: (312) 803-2532  
joseph.lynett@jacksonlewis.com  
jessica.quarless@jacksonlewis.com  

*Attorney for Casino Queen, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on October 26, 2020.

*/s/* R. Joseph Kramer  
R. Joseph Kramer